```
 1  RICHARD E. NOSKY, JR., City Attorney
    State Bar No. 130726
 2  SHELLEY L. GREEN, Deputy City Attorney
    State Bar No. 161521
 3  425 N. El Dorado Street, Second Floor
    Stockton, California 95202
 4  Telephone: (209) 937-8333

 5  Attorneys for Defendants                    OK/HAV
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL GRAVES, VIRGIL GRAVES, SR., BEVERLY WARD AND COREY GRAVES, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, CHIEF MARK W. HERDER, OFFICER JENNEIAHN (#1471), OFFICER FRY (#1480), OFFICER JOHNSON #4k49), OFFICER GRAVIETTE, SENIOR CADET WONG, SGT. MURRELL, SGT. RESTUCIA, OFFICER RIDENOUR (#1433), DETECTIVE C. VILLANUEVA (#1120), DETECTIVE T. KAMIGAKI (#4188), OFFICER THRUSH (#1114),and DOES 4 to 20, <br><br> Defendants. | CASE NO. CIV.S-04-0430 DFL KJM <br><br> **STIPULATION TO EXTEND DATES FOR EXPERT DISCLOSURE; DISCOVERY CUT-OFF; DISPOSITIVE MOTIONS; JOINT PRETRIAL STATEMENT; FINAL PRETRIAL CONFERENCE; AND TRIAL AND ORDER THEREON** |

The parties wish to stipulate to a continuance of the remaining dates in the above litigation. Due to scheduling conflicts and the death of plaintiff Beverly Ward, the parties are still undergoing discovery. Both parties' counsels have been engaged in recent trials and have cooperated in accommodating schedules, however, have been unable to complete discovery at

1 this time.  With the Court's permission, the parties stipulate to
2 continue the cut-off dates for expert disclosure, discovery,
3 dispositive motions, joint pretrial statements, final pretrial
4 conference, and trial according to the following schedule:

|  | **Current** | **Proposed** |
|---|---|---|
| Expert Disclosure | Feb. 4, 2005 | Oct. 7, 2005 |
| Discovery Cut-Off | Apr. 15, 2005 | Nov. 1, 2005 |
| Dispositive Motions | May 18, 2005 | Jan. 4, 2006 |
| Dispositive Motions hearing | | Feb. 1, 2006 at 10:00 A.M. |
| Joint Pretrial Stmt | Jul. 22, 2005 | Mar. 17, 2006 |
| Final Pretrial Conf | Jul. 29, 2005 | Mar. 24, 2006 At 3:00 P.M. |
| Jury Trial | Sep. 12, 2005 | May 1, 2006 At 9:00 a.m. |

Dated: July 11, 2005        LAW OFFICES OF JOHN BURTON
                            LAW OFFICE OF PHILIP C. PAIGE


                            BY   */s/ John Burton*
                                JOHN BURTON

                            Attorneys for Plaintiffs

Dated: July 7, 2005         RICHARD E. NOSKY, JR.
                            CITY ATTORNEY

                            BY   */s/ Shelley L. Green*
                                SHELLEY L. GREEN
                                DEPUTY CITY ATTORNEY

                            Attorneys for Defendants

**ORDER**

   IT IS SO ORDERED.

Dated: 7/22/2005            /s/ David F. Levi
                            DAVID F. LEVI
                            UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DATES FOR EXPERT DISCLOSURE, ETC.