John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California 91101
Telephone: (626) 449-8300

Philip C. Paige, State Bar No. 72179
7540 Shoreline Drive, Suite E
Stockton, California 95219
Telephone: (209) 474-1390

Attorneys for Plaintiffs Virgil Graves, Jr.,
Virgil Graves Sr., and Corey Graves

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL GRAVES, Jr., VIRGIL GRAVES, SR., and COREY GRAVES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, et al.,<br><br>Defendants. | Case No. CIV S-04-0430 DFL KJM<br><br>STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS STOCKTON POLICE DEPARTMENT, MARK W. HERDER, BRIAN FRY, ROBERT WONG, TAMMIE MURRELL, SCOTT GRAVIETTE, ANTHONY RESTUCCIA AND JAMES RIDENOUR; ORDER<br><br>(Fed. R. Civ. P. 41(a)(1))<br><br>**HEARING ON SUMMARY JUDGMENT MOTION:**<br><br>Date:  February 1, 2006<br>Time:  10:00 a.m.<br>Place:  Courtroom 7 |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this matter may be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), against Defendants Stockton Police

- 1 -

1  Department, Mark W. Herder, Brian Fry, Robert Wong, Tammie Murrell, Scott
2  Graviette, Anthony Restuccia, and James Ridenour. All parties waive any right to seek
3  costs and attorneys' fees.
4
5  THE LAW OFFICES OF JOHN BURTON
6
7  By_____/S/_____          DATED:   January 13, 2006
       John Burton
8    Attorneys for Plaintiffs
9
   RICHARD E. NOSKY, JR.
10 CITY ATTORNEY
11
12 By _____/S/_____          DATED:   January 1, 2006
       Shelley L. Green
13   Attorneys for Defendants
14
15                          **ORDER**
16
17        IT IS SO ORDERED.
18
19 DATED:   1/20/2006
20
21
22  _____
   DAVID F. LEVI
23 United States District Judge
24
25
26
27
28

- 2 -