John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California 91101
Telephone: (626) 449-8300

Philip C. Paige, State Bar No. 72179
7540 Shoreline Drive, Suite E
Stockton, California 95219
Telephone: (209) 474-1390

Attorneys for Plaintiffs Virgil Graves, Jr.,
Virgil Graves Sr., and Corey Graves

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL GRAVES, Jr., VIRGIL GRAVES, SR., and COREY GRAVES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, et al.,<br><br>Defendants. | Case No. CIV S-04-0430 DFL KJM<br><br>STIPULATION NARROWING CLAIMS TO BE ADJUDICATED ON DEFENDANTS' RULE 56 MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION; ORDER<br><br>Date:   February 1, 2006<br>Time:   10:00 a.m.<br>Place:  Courtroom 7 |

**STIPULATION**

1. Plaintiffs filed a first amended complaint naming various defendants and alleging various claims. Defendants filed a motion pursuant to Rule 56 for summary judgment or, alternatively, summary adjudication. Counsel for the parties have met and conferred. As a result of that meeting and conference, the parties hereby stipulate and agree to narrow the issues as stated herein.

2. In a separate stipulation filed pursuant to Rule 41, the parties stipulated to dismissing with prejudice the following defendants: Stockton Police Department, Mark W. Herder, Brian Fry, Robert Wong, Tammie Murrell, Scott Graviette, Anthony Restuccia, and James Ridenour. Accordingly, the potential liability of those defendants is no longer at issue in this case.

3. The parties stipulate to dismiss all claims asserted on behalf of plaintiff Bebberly Ward, who is deceased.

4. The parties stipulate to dismiss the Fifth Claim for Relief in its entirety.

5. The parties stipulate to dismiss the following:

(a) From the First Claim for Relief (42 U.S.C. § 1983): the claims of all plaintiffs other than Virgil Graves, Jr., and all alleged constitutional deprivations other than that of Graves, Jr., for excessive force.

(b) From the Second Claim for Relief (Assault and Battery): the claims of all plaintiffs other than Virgil Graves, Jr.

(c) From the Third Claim for Relief (Intentional Infliction of Emotional Distress): The claims of plaintiff Virgil Graves, Jr.

6. The parties submit that the following claims remain to be adjudicated on defendants' pending Rule 56 motion:

(a) On the First Claim for Relief On the First Claim for Relief (42 U.S.C. § 1983): (1) Whether defendants Jenneiahn, Johnson or City of Stockton caused plaintiff Virgil Graves, Jr., to be subjected to excessive force on March 22, 2002, (2) Whether defendants Villanueva, Thrush, Kamigaki, or City of Stockton caused plaintiff Virgil Graves, Jr., to be subjected to excessive force on April 10, 2002, and (3) whether any of the individual defendants are entitled to qualified immunity.

      (b)    On the Second Claim for Relief: (1) Whether defendants Jenneiahn, Johnson or City of Stockton battered plaintiff Virgil Graves, Jr., on March 22, 2002, (2) Whether defendants Villanueva, Thrush, Kamigaki or City of Stockton battered plaintiff Virgil Graves, Jr., on April 10, 2002, and (3) whether any of the defendants are entitled to statutory immunity under California state law.

      (c)    On the Third Claim for Relief: (1) Whether defendants Villanueva, Thrush, Kamigaki, or City of Stockton intentionally inflicted emotional distress on plaintiff Virgil Graves, Sr., or Corey Graves on April 10, 2002, and (2) whether any of the defendants are entitled to statutory immunity under California state law.

      (d)    On the Fourth Claim for Relief: (1) Whether any defendant negligently injured any plaintiff, and (2) whether any defendant is entitled to statutory immunity under California state law.

THE LAW OFFICES OF JOHN BURTON

By   /S/                      DATED:    January 13, 2006
   John Burton
   Attorneys for Plaintiff

RICHARD E. NOSKY, JR.
CITY ATTORNEY

By   /S/                      DATED:    January ___, 2006
   Shelley L. Green
   Attorneys for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

    IT IS SO ORDERED.

DATED:   1/20/2006

                                  DAVID F. LEVI
                                  United States District Judge