John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California 91101
Telephone: (626) 449-8300

Philip C. Paige, State Bar No. 72179
7540 Shoreline Drive, Suite E
Stockton, California 95219
Telephone: (209) 474-1390

Attorneys for Plaintiffs Virgil Graves, Jr.,
Virgil Graves Sr., and Corey Graves

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL GRAVES, Jr., VIRGIL GRAVES, SR., and COREY GRAVES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, et al.,<br><br>Defendants. | Case No. CIV S-04-0430 DFL KJM<br><br>STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION; ORDER<br><br>(Fed. R. Civ. P. 41(a)(1))<br><br>Date: February 1, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 7 |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this matter may be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

- 1 -

All parties waive any right to seek costs and attorneys' fees.

THE LAW OFFICES OF JOHN BURTON

By  /S/  John Burton                DATED:     June 15, 2006
    John Burton
    Attorneys for Plaintiffs

RICHARD E. NOSKY, JR.
CITY ATTORNEY

By  /S/ Shelley L. Green            DATED:     June 15, 2006
    Shelley L. Green
    Attorneys for Defendants

**ORDER**

    IT IS SO ORDERED.

DATED:   7/7/2006                    /s/ David F. Levi
                                     United States District Judge